UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:08-cr-094-SEB-KPF-1 |
| JALIL WILLIAMS, | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Government's Motion, and requests for an order dismissing the Superseding Indictment in cause no. 1:08-cr-094-SEB-KPF-1. Upon consideration of the same, the Court grants the Government's Motion.

IT IS THEREFORE ORDERED that the Superseding Indictment in cause no. 1:08-cr-094-SEB-KPF-1 is dismissed without prejudice.

Date: 04/05/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew J. Rinka
Assistant United States Attorney
matthew.rinka@usdoj.gov

Victoria Ursulskis
ATTORNEY AT LAW
Email: vursulsk@earthlink.net

United States Probation Office

U.S. Marshal